UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., <br> Plaintiff, <br> v. <br> A. OLIVIA, et al., <br> Defendants. | Case No. 19-04111 EJD (PR) <br><br> **JUDGMENT** |

The Court has dismissed this action for Plaintiff's failure to pay the filing fee. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 12/6/19

EDWARD J. DAVILA
United States District Judge

Judgment
PRO-SE\EJD\CR.19\04111Ray_judgment